Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### Southern District of West Virginia
### Huntington Division


**FILED**
JAN 2 3 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

ROBERT EUGENE WILSON
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Twitter
1355 Market St. #900
San Francisco, CA, 94103
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 3:20-cv-00054
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Twitter
Street Address: 1355 Market St. #900
City and County: San Francisco, San Francisco
State and Zip Code: CA 94103
Telephone Number: (415) 222-9670
E-mail Address:

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Twitter
- Job or Title (if known):
- Street Address: 1355 Market St. #900
- City and County: San Francisco, San Francisco
- State and Zip Code: CA, 94103
- Telephone Number: (415) 222-9670
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*U.S. Constitution 1st Amendment and 1866 Civil Rights Act, "Equally Protected by law." and "1964 C.R. Act"*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b. If the defendant is a corporation

The defendant, (name) **Twitter, Inc.**, is incorporated under the laws of the State of (name) **California**, and has its principal place of business in the State of (name) **California**.

Or is incorporated under the laws of (foreign nation) **N/A**,

and has its principal place of business in (name) **San Francisco, CA**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: **Twitter has on more than 2 times = 3 times closed my accounts based on my freedom of speech and or heterosexual expressions, and or whatever excuses.**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

- **December 28, 2019: Twitter suspended my account (iwontBEquiet).** "Your account has been suspended and will not be restored because was found to be violating Twitter's Terms of Service, specifically the Twitter Rules against hateful conduct."
- **January 01st 2020: I decided too create another Twitter Acc.** (See Attachment)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. I seek $50 Million for egregious violating my Constitution Rights too "freespeech and expression"; expressing my Heterosexuality & Christian affiliation. ~~tweet~~

2. By removing these 2 accounts prior too sending one tweet floored me beyond the prior times Twitter suspended my account for Tweets. It is obvious Twitter suspended these 2 accounts because I...

III Continued: January 1st 2020 I decided to create another twitter account which was "@Roberte_Wilson". But after I completed my Description Profile and without sending one tweet, this new account was suspended by Twitter. I decided to create another twitter account in defiance, "@AintQuiet". But prior too me sending one tweet, it also was suspended by twitter.

I did not go to twitter.com for more information because I already enough had gone through this process ~~see~~ by twitter's actions targeting me, I suspects with a few prior suspensions and unequivocal closing and stating with all Caps, "You will not get this account back!" = "@isNotQuiet"!

IV Continued: "... stand up for/stood up for ~~expressing~~ me'/my heterosexuality because therein my profile description in both of these suspended accounts that I aforementions are fundamentally paraphrased, somewhat/nearly. However, previous accounts suspended by twitter were suspended long after I created my "Description Profile" and long after I had tweeted my first tweet.

"OVER"

I seek $150 Million Dollars for targeting me and stressing me into angry outbursts disturbing my neighbors and raising my blood pressure and stress increases/affects cholesterol.

And an additional $250 Million for stressing me by suspending my previous Twitter accounts over actual tweets/post writing a profile description and that over insults about Oprah Winfrey/Gayle King/President Obama/Sunny Hostin/Michelle Obama I may have insulted. And or Homosexuality in the form of "gayness/Homos/Fagots/Dykes/Low Down Bi-Bisexuals/Queer Dogs/Trans Mutants" insults.

over all

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff: *Robert W Wilson* (signed)

Printed Name of Plaintiff: ROBERT EUGENE WILSON
1329 MADISON AVE. #606, HUNTINGTON, WV 25704 (937) 476-9651

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____