IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**ROBERT EUGENE WILSON,**

      **Plaintiff,**

v.                                                        Case No. 3:20-cv-00054

**TWITTER,**

      **Defendant.**


### ORDER AND NOTICE ALLOWING PLAINTIFF TO PROCEED WITHOUT PREPAYMENT OF COSTS AND FEES

Plaintiff's application to proceed without prepayment of costs and fees has been referred to the undersigned United States Magistrate Judge. (ECF No. 1). It is **ORDERED** as follows:

X     The application to proceed without prepayment of costs and fees is **GRANTED.** The plaintiff is hereby permitted to proceed without prepayment of costs and fees or the necessity of giving security therefor.

X     The Clerk of the Court shall issue a summons to the defendant and shall serve the summons and complaint upon the defendant by mailing same to defendant's authorized agent for service of process, CT Corporation System, at 818 Seventh Street, Suite 930, Los Angeles, California 90017 and by mailing a copy to Jack Dorsey, CEO, Twitter, Inc., 1355 Market Street, Suite 900, San Francisco, California 94103, in accordance with Fed. R. Civ. P. 4(h)(1). **The summons and complaint shall be mailed by certified mail, return receipt requested, and delivery restricted to the addressee.**

It is further **ORDERED** and **NOTICED** that the recovery, if any, obtained in this action shall be paid to the Clerk of the Court, who shall pay therefrom all unpaid costs and fees taxed against the plaintiff and pay the balance to the plaintiff, if any.

The Clerk of the Court is directed to provide a copy of this Order to Plaintiff.

**ENTERED:**  January 30, 2020

Cheryl A. Eifert
United States Magistrate Judge